# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

### SOUTHERN DIVISION

| | | |
|---|---|---|
| ERNEST NORTHSRUP TAYLOR, JR., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, | ) | **CASE NO. 7:10-CV-97-D** |
| *Commissioner of the Social* | ) | |
| *Security Administration,* | ) | |
| Defendant. | ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and §1383(c) (3), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>FEBRUARY 15, 2011</u> WITH A COPY TO:

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)

<u>February 15, 2011</u>
Date

DENNIS P. IAVARONE, Clerk
Eastern District of North Carolina

<u>/s/Debby Sawyer</u>
(By) Deputy Clerk

Raleigh, North Carolina