IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-97-D

| | | |
|---|---|---|
| ERNEST N. TAYLOR, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On March 10, 2011, plaintiff filed a motion for attorney's fees pursuant to 28 U.S.C. § 2412(d). Specifically, plaintiff asks for an award of attorney's fees in the amount of $3,417.36 to be paid to plaintiff for plaintiff's attorney's work. On March 28, 2011, defendant responded in opposition, arguing that some of the hours billed were not reasonably expended.

The court has reviewed plaintiff's application for fees and supporting materials, and defendant's response. After careful review, the court finds an award of fees to be fair and reasonable, finds that the requested award should be reduced, and allows fees under 28 U.S.C. § 2412(d), in the total amount of $2,344.28.

SO ORDERED. This 15 day of June 2011.

JAMES C. DEVER III
United States District Judge