IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:10-cv-00097-D

ERNEST TAYLOR,
    Plaintiff,

vs.                  ORDER

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,
    Defendant.

    Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $3,849.47. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $2,344.28.

    Defendant filed a response indicating that she did not object to the requested fee.

    It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $3,849.47 and refund to Plaintiff the smaller award between this amount and the EAJA award.

    SO ORDERED, this __3__ day of __May__ 2015.

*/s/ James C. Dever III*
JAMES C. DEVER III
Chief United States District Judge