UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ERNEST NORTHSRUP TAYLOR, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:10-CV-97-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $3,849.47 and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on May 4, 2015, and Copies To:**

H. Clifton Hester           (via CM/ECF Notice of Electronic Filing)

Mary Ellen Russell          (via CM/ECF Notice of Electronic Filing)

DATE:                       JULIE RICHARDS JOHNSTON, CLERK

May 4, 2015                 (By)  /s/ Courtney O'Brien

                            Deputy Clerk